### Lessee of George Woods *against* John Galbraith.

After verdict for the plaintiff in ejectment, and a rule to show cause why a new trial should not be granted, the term run out before argument of the rule. The term was enlarged by the court.

The plaintiff having obtained a verdict in this cause at Carlisle, May assizes, 1798, and the defendant having afterwards obtained a rule to show cause why a new trial should not be granted, the same was continued by mutual consent until the present term, when after full argument, the court discharged the rule.

The term laid in the declaration being for seven years, expired on the 23d February last, and the court, on motion, without difficulty, ordered it to be enlarged to twenty years, and the record was amended accordingly.

Messrs. Ingersoll and Duncan, *pro quer.*
Mr. E. Tilghman, *pro def.*